AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| Jhon Zhumi Zhumi | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Heriberto Tellez; Todd Lyons; | ) |
| Pamela Bondi; Kristi Noem | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:26-cv-923

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Edward J. Cuccia, Esq.
195 Centre St., 2nd Floor
New York, NY 10013
212-966-7775
edward@nycclawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

Jhon Zhumi Zhumi,

               Plaintiff,

v.

Heriberto Tellez, Warden, Metropolitan
Detention Center; Todd Lyons, Acting Director,
U.S. Immigration and Customs Enforcement;
Pamela Bondi, U.S. Attorney General;
Kristi Noem, Director, U.S. Secretary of
Homeland Security,

               Defendants.
----------------------------------------------------------X

Civil Action No. 2:26-cv-923

**RIDER**
**TO**
**SUMMONS**

The names and addresses of all Respondents are:

Heriberto Tellez
Metropolitan Detention Center
80 29th St.
Brooklyn, NY 11232

Todd Lyons
U.S. Immigration and Customs Enforcement
500 12th St. SW
Washington, DC 20536

Pamela Bondi
1600 Pennslyvania Ave. NW
Washington, DC 20500

Kristi Noem
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave, SE
Washington, DC 20528