Affirmation of Zenaida Guaman

I, Zenaida Guaman, affirm under penalty of perjury that:

1. My name is Zenaida Guaman. I am the long-time partner of Jhon Zhumi Zhumi. I am a United States citizen.

2. On November 4, 2024, I filed for divorce from my former partner Nestor Guaman in Queens County Supreme Court. That divorce remains pending.

3. I intend to marry Jhon as soon as my divorce with my former spouse, Nestor Guaman, is finalized. I hired lawyers to help me with the divorce. However, the divorce is taking a very long time. I don't know why the divorce is taking so long.

4. I understand that Jhon is undocumented. However, I have been informed that there is a pathway for Jhon to get status. Once my divorce is finalized and I am married to Jhon, I will file an I-130, Petition for Alien Relative, for him. Once that is granted, Jhon will be eligible to file the necessary waivers. Jhon will then be able to obtain his permanent resident status and after that become a United States citizen.

5. Jhon's detention has caused me and my family exceptional and immense hardship. I have high blood pressure and I take medication for this and I have to see doctors. Jhon raised my two sons and my youngest son who is now 16 is incredibly upset. He is refusing to attend school and I am very worried about him.

6. I affirm the foregoing to be true and accurate to the best of my knowledge.

Zenaida Guaman