This is for Jhon Zhumi he is a really good person he has not had any bad intentions, he cares a lot for my family and always trys his best. He is a really hard worker even when he isn't working he feels like he shouldn't just be doing nothing so he cooks or cleans. If he hasn't been home he always asks if I have eaten anything and if I haven't he would ask me what I would want to eat. He always would drop me off and pick me up from school. If I didn't have money for lunch he gave me $20 everytime so I could eat, he would buy me clothes, shoes, school supplies and he has even bought me a phone before.

For my birthday which was on Sunday he wasn't here which made me sad because he has been here for my past birthdays and always got me gifts. He was more of a father to me than my dad was because he was always kind to me and never tried to raise his voice at me. All he ever wanted was to see me become successful and never wanted to see me fail. He would always talk to me about how Im doing in school and how to be successful and to not work like him where he has to be up early, come home late, and have to work as hard as him. Since he has been gone I didn't want to go to school because it hurt me to know that he may not ever come back and that I wouldn't see him for a long time. All I want is to see him again.

—Romeo Guaman