**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
**JHON ZHUMI ZHUMI**
Petitioner,

- against -

**JUDGMENT**
CV 26- 923 (GRB)

**HERIBERTO TELLEZ** *Warden, Metropolitan Detention Center*, ***TODD LYONS*** *Acting Director, U.S. Immigration and Customs Enforcement,* ***PAMELA BONDI*** *U.S. Attorney General,* ***KRISTI NOEM*** *U.S. Secretary of Homeland Security*,

Respondent.
-----------------------------------------------------X

An Order of the Honorable Gary R. Brown, United States District Judge, having been filed on July 14, 2026; denying the Petitioner's petition for writ of habeas corpus without prejudice to refiling should the petitioner be held in detention for an extended period; vacating the bond; vacating the court's initial order preventing the removal of the petitioner from this judicial district; and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Petitioner take nothing of Respondents; that the Petition for Writ of Habeas Corpus is denied without prejudice; and that this case is closed.

Dated: July __16__, 2026
Central Islip, New York

Approved by: *__/s/ Gary R. Brown__*
GARY R. BROWN
United States District Judge

Dated: July 16, 2026
Central Islip, New York

Approved by: ________________
BRENNA B. MAHONEY
Clerk of Court